IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

IN RE WETDOG, LLC,                )
                                  )   CASE NO. CV415-233
    Debtor.                       )
                                  )
_____)
                                  )
BELLE RESOURCES, LTD.,            )
                                  )
    Appellant,                    )
                                  )
v.                                )
                                  )
WETDOG, LLC,                      )
                                  )
    Appellee.                     )
                                  )
_____)

# ORDER

Before the Court is the parties' Joint Voluntary Dismissal with Prejudice. (Doc. 12.) The Court must "dismiss an appeal if the parties file a signed dismissal agreement specifying how costs are to be paid and pay any fees that are due." Fed. R. Bankr. P. 8023. The requirements for voluntary dismissal having been met, the parties' request is **GRANTED** and this appeal is **DISMISSED WITH PREJUDICE**. Each party **SHALL** bear its own fees and costs associated with the filing of this appeal. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 5th day of January 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA